**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Jose Carvalho | : | Chapter 13 |
| | : | Case No.: 22-11837-MDC |
|     Debtor(s) | : | |

**MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE REMAINING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)**

1. The above-captioned Chapter 13 Bankruptcy was filed on July 12, 2022 as an Emergency Petition.

2. The remaining schedules are due to be filed by July 26, 2022.

3. Under Bankruptcy Rule 1007(c), the debtor may obtain a further extension of the filing deadline for "cause" shown.

4. Additional information is required from the debtor to properly complete the required statements, schedules, plan, and Form22c.

5. Debtor requests additional time to properly comply with the Bankruptcy Code to submit the required remaining documents.

    WHEREFORE, Debtor respectfully request the entry of an ORDER extending the time for filing the required documents to August 9, 2022.

Dated: July 26, 2022

  /s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for Debtor
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008