**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Jose Carvalho | : | Chapter 13 |
| | : | Case No.: 22-11837-MDC |
|     Debtor(s) | : | |

**O R D E R**

AND NOW, this ___27th___ day of _____July_____ 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before **August 10, 2022**.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE